**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LEMELLE,<br><br>        Plaintiff,<br><br>    v.<br><br>E. VILLAREAL, et. al.,<br><br>        Defendants. | NO. CV 14-6676-DMG (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge as to the claims against defendants Williams and Hodges and the due process claims against defendant Villareal, to which no objections were filed. The Court accepts the findings, conclusions and recommendations of the Magistrate Judge with regard to the dismissal of certain claims.

**IT IS ORDERED** that all claims asserted against defendants J. Williams and A. Hodges are dismissed without prejudice, and the due process claim against defendant E. Villareal is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: June 8, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE