UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LeMELLE,**<br><br>Plaintiff,<br><br>v.<br><br>**E. VILLARREAL, et al.,**<br><br>Defendants. | Case No.: CV 14-6676 DMG (ASx)<br><br>**ORDER RE DISMISSAL OF ACTION [76]** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the parties' stipulation, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

IT IS SO ORDERED.

DATED: May 8, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE